### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGRET FORT** | **CIVIL ACTION NO.** **3:23-CV-01496-SDD-EWD** |
| **VERSUS** | |
| | **JUDGE SHELLY D. DICK** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **MAGISTRATE ERIN WILDER-DOOMES** |

### MOTION FOR RELEASE OF FUNDS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **MARGRET FORT**, who moves this Court to instruct the proceeds of the settlement in the instant case not include the law firm McClenny, Moseley & Associates as a payee, for the following reasons:

The instant client, MARGRET FORT was previously represented by McClenney, Moseley, & Associates in case #3:22-CV-778, which was dismissed in a joint motion filed by Morris Bart, LLC.

On or about January 30, 2024, the parties in the instant case agreed to terms for a full and final settlement of all claims in this matter. To date, the law firm McClenny, Moseley & Associates has not made a claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, and has not filed any notice or petition for intervention in the record of the Court. Counsel for the defendant State Farm Fire and Casualty Company has advised that Defendant has no objection to this proposed motion.

Accordingly, Plaintiff seeks an Order from this Honorable Court, instructing that, if within fourteen (14) days of the entry of said Order, McClenny, Moseley & Associates has not made any claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, the proceeds check for the

settlement in the instant case shall not include the law firm McClenny, Moseley & Associates as a payee.

RESPECTFULLY SUBMITTED

**MARLIN N. GUSMAN JR**
MORRIS BART, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-5348
Email: mgusman@morrisbart.com
*Attorneys for plaintiff*

**CERTIFICATE**

I hereby certify that a copy of the foregoing Motion was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

**MARLIN N. GUSMAN JR.**