UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGRET FORT<br><br>VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY | CIVIL ACTION NO.<br>3:23-CV-01496-SDD-EWD<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE ERIN WILDER-DOOMES |

### ORDER

Before the Court is Plaintiff Margret Fort's "Motion for Release of Funds." In the motion, Plaintiff represents that on January 30, 2024, ", the parties in the instant case agreed to terms for a full and final settlement of all claims in this matter." Plaintiff seeks an order from this Court instructing that the proceeds of the settlement in the instant case exclude the law firm of McClenny, Moseley & Associates ("MMA") as a payee.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that, if within fourteen (14) days of the entry of this Order, McClenny, Moseley, & Associates has not made any claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, the proceeds check for the settlement in this instant case shall not include the law firm of McClenny, Moseley, & Associates as a payee.

**THUS DONE AND SIGNED** in Chambers on this 1st day of April, 2024.

_Shelly D. Dick_
SHELLY D. DICK
UNITED STATES DISTRICT JUDGE