# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARGRET FORT,** *Plaintiff* | * * * | **CIVIL CASE NO.: 3:23-cv-01496** |
| **VERSUS** | * * | **JUDGE SHELLY D. DICK** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendants* | * * | **MAGISTRATE JUDGE ERIN WILDER- DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, MARGRET FORT and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice, each party to bear its own costs.

BY ATTORNEYS:

*/s/ Karen M. Green*  
**KAREN M. GREEN (#39723)**  
**CHRISTOPHER P. IEYOUB (#16978)**  
**V. ED MCGUIRE, III (#23861)**  
Plauche, Smith & Nieset, L.L.C.  
1123 Pithon Street  
Lake Charles, LA 70601  
Telephone: (337) 436-0522  

*Counsel for Defendant State Farm Fire Casualty Company*

*/s/Marlin Gusman, Jr.*  
**MARLIN GUSMAN, JR. (36196)**  
**AUSTIN MARKS (#35225)**  
Morris Bart, L.L.C.  
601 Poydras Street, 24th Floor  
New Orleans, LA 70130  
Telephone: (504) 262-5348  

*Attorney for Plaintiff Margret Fort*

1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of November, 2024, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

>*/s/ Karen M. Green*_____
>KAREN M. GREEN

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARGRET FORT,** *Plaintiff* | * * * | **CIVIL CASE NO.: 3:23-cv-01496** |
| **VERSUS** | * * | **JUDGE SHELLY D. DICK** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendants* | * * | **MAGISTRATE JUDGE ERIN WILDER- DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs of court.

Lake Charles, Louisiana, this _____ day of _____, 2024.

_____
**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**